# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE L. NAVARRO, | Case No.: CV 11-02265-AG(RNBx) |
| Plaintiff, | **ORDER RE DISMISSAL** |
| v. | Before Andrew J. Guilford, United States District Judge |
| TIME WARNER CABLE LLC, et al., | |
| Defendants. | |

1     Pursuant to the Stipulation to Dismiss the Entire Action entered into between plaintiff Jose L. Navarro, on the one hand, and defendants Time Warner NY Cable LLC, Time Warner Cable LLC, Time Warner Cable Services LLC, on the other hand, the above-entitled action is dismissed with prejudice with each party to bear his or its own attorneys' fees and costs.

    IT IS SO ORDERED.

Dated: August 16, 2012

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

**ORDER RE DISMISSAL**

2